# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:17-cv-02699-APG-PAL<br><br>**ORDER**<br><br>(ECF. No. 11) |

In light of SFR INVESTMENTS POOL 1 LLC'S demand for security of costs (ECF No. 11),

IT IS HEREBY ORDERED that BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84 ("BNYM") shall post a $500.00 cost bond with the court on or before February 2, 2018.

DATED THIS 2nd day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE