Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Jason G. Martinez, Esq.
Nevada Bar No. 13375
E-mail: jason@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
Attorneys for SFR Investments Pool 1, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02699-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO CERTIFY A QUESTION OF LAW TO THE NEVADA SUPREME COURT**<br>**(Second Request)** |

Defendants SFR Investments Pool 1, LLC ("SFR"), Southern Highlands Community Association ("Association") (collectively "Defendants") and plaintiff Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2005-84, Mortgage Pass-Through Certificates, Series 2005-84 ("BNYM" or Plaintiff) hereby stipulate that Defendants shall have an additional 7 days, until July 30, 2018 to respond to BNYM's Motion to Certify a Question of Law to the Nevada Supreme Court [ECF No. 44]. BNYM's motion was filed on July 2, 2018. The response is currently due on July 23, 2018 after

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

this Court granted the Parties' stipulation to extend time. [ECF No. 50.] This is the Parties' second request.

SFR requests the additional time to in part due to an attorney being out of the office due to a family emergency and the need to reassign tasks. This is the Parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED July 23, 2018.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of New York Mellon as Trustee*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

*/s/ Alexander P. Williams*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALEXANDER P. WILLIAMS, ESQ.
Nevada Bar No. 14644
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Southern Highlands Community Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 23, 2018.