ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of New York Mellon
fka The Bank of New York, as Trustee
for the Certificateholders of CWALT, Inc.
Alternative Loan Trust 2005-84 Mortgage
Pass-Through Certificates, Series 2005-84*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02699-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO CERTIFY A QUESTION OF LAW TO THE NEVADA SUPREME COURT**<br><br>**(FIRST REQUEST)** |

Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84 (**BoNYM**), Southern Highlands Community Association (**Southern Highlands**), and **SFR** Investments Pool 1, LLC (**SFR**), by and through the undersigned counsel, hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including August 20, 2018, to file its reply in support of motion to certify a question of law to the Nevada Supreme Court, which is currently due on August 6, 2018, pursuant to ECF No. 54. The motion was filed on July 2, 2018

1

45991784;1

[ECF No. 44], and SFR's response was filed on July 30, 2018 [ECF No. 54].

This is the parties' first request for an extension, and is not intended to cause any delay or prejudice to any party.

DATED August 3, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ William S. Habdas<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>*Attorneys for Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84* | */s/ Jacqueline A. Gilbert*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **ALVERSON, TAYLOR, MORTENSEN & SANDERS**<br><br>/s/*Alexander P. Williams*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ALEXANDER P. WILLIAMS, ESQ.<br>Nevada Bar No. 14644<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Telephone: (702) 384-7000<br>Facsimile: (702) 385-7000<br><br>*Attorneys for Southern Highlands Community Association* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 6, 2018.

2

45991784;1