DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
E-mail: jason@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02699-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT [ECF NO. 63]**<br>**(First Request)** |

Defendants SFR Investments Pool 1, LLC ("SFR") and plaintiff Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2005-84, Mortgage Pass-Through Certificates, Series 2005-84 ("BNYM" or Plaintiff) hereby stipulate that Defendant, SFR, shall have until October 12, 2018 to file its responsive pleading to Plaintiff's Second Amended Complaint [ECF NO. 63]. The current deadline is October 5, 2018.

This is the first request for an extension of this deadline and is not intended to cause any

- 1 -

delay or prejudice to any party.

DATED October 5, 2018.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of New York Mellon as Trustee*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Dated: October 11, 2018

- 2 -