ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of New York Mellon*
*fka The Bank of New York, as Trustee*
*for the Certificateholders of CWALT, Inc.*
*Alternative Loan Trust 2005-84 Mortgage*
*Pass-Through Certificates, Series 2005-84*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02699-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84 (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), by and through the undersigned counsel, hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including November 2, 2018, to file its opposition to SFR's motion to dismiss second amended complaint pursuant to FRCP 12(b)(6), which is currently due on October 26, 2018, pursuant to ECF No. 68.

1

46788688;1

SFR's reply in support of its motion to dismiss second amended complaint pursuant to FRCP (b)(6) is due on November 9, 2018. SFR's new reply deadline will be set in the typical course from the date of the filing of the response.

This is the parties' first request for an extension, and is not intended to cause any delay or prejudice to any party.

DATED October 24, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>*Attorneys for Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84* | */s/ Karen L. Hanks*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**

Dated: October 25, 2018.

2

46788688;1