ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of New York Mellon*
*fka The Bank of New York, as Trustee*
*for the Certificateholders of CWALT, Inc.*
*Alternative Loan Trust 2005-84 Mortgage*
*Pass-Through Certificates, Series 2005-84*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-84 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-84,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02699-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84 (**BoNYM**), and Southern Highlands Community Association (**Southern Highlands**), by and through the undersigned counsel, hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including November 9, 2018, to file its opposition to Southern Highlands

1

46842756;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Community Association's motion for summary judgment, which is currently due on November 2, 2018, pursuant to ECF No. 73.

This is the parties' second request for an extension, and is not intended to cause any delay or prejudice to any party.

DATED October 31, 2018.

| **AKERMAN LLP** | **ALVERSON, TAYLOR, MORTENSEN & SANDERS** |
|---|---|
| */s/ William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br><br> *Attorneys for Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84* | */s/ Alexander P. Williams* <br> KURT R. BONDS, ESQ. <br> Nevada Bar No. 6228 <br> ALEXANDER P. WILLIAMS, ESQ. <br> Nevada Bar No. 14644 <br> 6605 Grand Montecito Parkway, Suite 200 <br> Las Vegas, NV 89149 <br> Telephone: (702) 384-7000 <br> Facsimile: (702) 385-7000 <br><br> *Attorneys for Southern Highlands Community Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated: November 1, 2018.

2

46842756;1