# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84,<br><br>Plaintiff<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants | Case No.: 2:17-cv-02699-APG-BNW<br><br>**Order Dismissing Defendant Alessi & Koenig, LLC** |

In light of the plaintiff's response to the order to show cause (ECF No. 87),

IT IS ORDERED that defendant Alessi & Koenig, LLC is dismissed from this action for failure to timely serve and to prosecute.

DATED this 28th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE