# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF NEW YORK, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84,

Plaintiff

v.

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,

Defendants

Case No.: 2:17-cv-02699-APG-BNW

**Order Instructing the Clerk of Court to Enter Judgment**

IT IS ORDERED that the clerk of court is instructed to enter judgment in favor of defendants SFR Investments Pool 1, LLC, Southern Highlands Community Association, and Alessi & Koenig, LLC and against plaintiff Bank of New York Mellon as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-84 Mortgage Pass-Through Certificates, Series 2005-84. The clerk shall then close this case.

DATED this 31st day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE